1  BRUCE C. YOUNG, ESQ., Bar #5560
   AITHYNI K. RUCKER, ESQ., Bar #10210
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV 89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendants
   TREASURE ISLAND, LLC, LINDA KANATA
6  and RICHARD AMALFITANO

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 PAMELYA M. ANDERSON,                   Case No. 2:11-cv-01278-GMN-RJJ

12            Plaintiff,

13 vs.                                    **DEFENDANTS' REQUEST TO
                                          EXCUSE INDIVIDUALLY-NAMED
14 THE MIRAGE CASINO HOTEL, a Nevada      DEFENDANTS FROM ATTENDANCE
   Corporation; TREASURE ISLAND, LLC, a   AT ENE SESSION**
15 Nevada Limited Liability Company; LINDA
   KANATA, an individual; and RICHARD
16 AMALFITANO, an individual; Doe
   Individuals 1-10 and Roe Entities 1-10,
17
              Defendants.
18

19        COME NOW Defendants Treasure Island, LLC, Linda Kanata, and Richard Amalfitano, by

20 and through their counsel, Littler Mendelson, and hereby request the Court to allow individual

21 Defendants Linda Kanata and Richard Amalfitano to be excused from attending the ENE session

22 scheduled for October 21, 2007.

23        Plaintiff's only claim brought against Defendants Kanata and Amalfitano is the Eleventh

24 Cause of Action alleging a claim for Intentional Infliction of Emotional Distress. Defendants filed a

25 Partial Motion to Dismiss on August 15, 2011, seeking dismissal with prejudice the Intentional

26 Infliction of Emotional Distress claim (as well as additional causes of action). The IIED claim is

27 clearly barred by the statute of limitations and will not survive dismissal. Defendants' Motion to

28 Dismiss is fully briefed for the Court, but has not been ruled on as of October 11, 2011.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Based on the fact that the IIED claim is barred by the statute of limitations, it is defendant Treasure Island's position that it not necessary to inconvenience Defendants Kanata and Amalfitano by requiring their attendance at the ENE conference. Further, Defendant Treasure Island's corporate representative will be personally present at the ENE conference and will have settlement authority to settle the action on behalf of the individually-named defendants as well as Treasure Island. Accordingly, Defendants respectfully request that Defendants Kanata and Amalfitano be excused from attendance at the ENE.

Dated: October 11, 2011

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
AITHYNI K. RUCKER, ESQ.
LITTLER MENDELSON

Attorneys for Defendants

IT IS SO ORDERED this 17th day of October, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On October 11, 2011, I served the within document(s):

**DEFENDANTS' REQUEST TO EXCUSE INDIVIDUALLY-NAMED DEFENDANTS FROM ATTENDANCE AT ENE SESSION**

☒ **By CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Dan M. Winder, Esq.
3507 W. Charleston Blvd.
Las Vegas, NV  89102

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2011, at Las Vegas, Nevada.

_____
Kimberly Gregos

Firmwide:104443454.1 062273.1015

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

3.