BRUCE C. YOUNG, ESQ., Bar #5560
AITHYNI K. RUCKER, ESQ., Bar #10210
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendants
TREASURE ISLAND, LLC, LINDA KANATA
and RICHARD AMALFITANO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELYA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO HOTEL, a Nevada Corporation; TREASURE ISLAND, LLC, a Nevada Limited Liability Company; LINDA KANATA, an individual; and RICHARD AMALFITANO, an individual; Doe Individuals 1-10 and Roe Entities 1-10,<br><br>Defendants. | Case No. 2:11-cv-01278-GMN-RJJ<br><br>**STIPULATION AND (PROPOSED) ORDER TO DISMISS** |

    Defendants Treasure Island, LLC, Linda Kanata, and Richard Amalfitano (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to dismiss all causes of action asserted in this lawsuit by Plaintiff against Defendant, with prejudice.

    Accordingly, the parties stipulate to and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.

///

///

///

///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and acknowledge that each party shall bear their own costs and attorneys' fees for the claims and causes of action dismissed by this Stipulation and Order. Further, the parties request that the Court retain jurisdiction over any disputes arising under the parties' out-of-court resolution of this matter.

Dated: November 21st, 2011          Dated: November 21, 2011

Respectfully submitted,              Respectfully submitted,

_____          _____
JUDY COX, ESQ.                       BRUCE C. YOUNG, ESQ.
                                     AITHYNI K. RUCKER, ESQ.
Attorneys for Plaintiff              LITTLER MENDELSON
PAMELYA M. ANDERSON
                                     Attorneys for Defendants
                                     TREASURE ISLAND LLC, LINDA KANATA,
                                     and RICHARD AMALFITANO

## ORDER

**IT IS SO ORDERED** this 22nd day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.